UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD LAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9803** |
| **S.W. McCAIN, ET AL.** | **SECTION: R** |

O R D E R

Considering the order issued in Civil Action No. 00-2022,

Accordingly,

**IT IS ORDERED** that this matter is hereby administratively closed until Mr. Lay provides certification that he has satisfied all sanctions imposed upon him by this Court and by the Fifth Circuit Court of Appeal.

**IT IS FURTHER ORDERED** that the Magistrate Judge's order granting in forma pauperis is hereby VACATED AND RESCINDED.

New Orleans, Louisiana, this 30th day of April, 2019.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

**Clerk to Notify**:
Magistrate Judge Wilkinson
Attorney General, State of Louisiana
District Attorney, Washington Parish
Clerk of Court, Washington Parish