UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD B. LAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9803** |
| **S.W. "SANDY" MCCAIN, WARDEN** | **SECTION "R"(2)** |

# O R D E R

In light of the court's order, Record Doc. No. 5, the briefing order previously issued, Record doc. No. 4, is VACATED AND RESCINDED. No response from defendants is required at this time.

The Clerk is directed to provide a copy of this order to the Attorney General for the State of Louisiana and the District Attorney and the Clerk of Court for Washington Parish, Louisiana.

New Orleans, Louisiana, this ___1st___ day of May, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE