**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**FILED**   Jan 9 2023

**CAROL L. MICHEL**
**CLERK**

AJ                                    Mail

Clerk of Court
United State District Court
Eastern District of Louisiana
500 Poydras St., Rm C151
New Orleans, LA. 70130

In re: Richard B. Lay
        No. 19-CV-9803-R(2)
        No. 22-2157- G (5)

   Change Service Address to herein effect-
ive November 30, 2022.

Dec. 30 2022

                            Richard B. Lay
                            # 110315
                            EHCC- Fox 2
                            P.O. Box 174
                            St. Gabriel, LA 70130

cc
Matthew Caplan
Asst. District Attorney

Jerome Winsberg Jr
Judge Ad Hoc

file

TENDERED FOR FILING

JAN 09 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



Richard B. Lay, #110363
EHCC - Fox 2B
P.O. Box 174
St. Gabriel, LA 70776

Clerk of Court
USDC-ED-LA
500 Poydras St., Rm 215
New Orleans, LA 70130

US POSTAGE PITNEY BOWES
$ 000.57⁰
ZIP 70776
02 4W
0000387932 JAN 05 2023

BATON ROUGE LA 707
5 JAN 2023 PM 1 L

70130-336726



NOT CENSORED, NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER