Case 2:19-cv-09803-SSV   Document 56   Filed 05/12/23   Page 1 of 3

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED May 12 2023
CAROL L. MICHEL
CLERK

United States District Court
Eastern District of Louisiana

Richard Lay                       Civil Action
versus
Donnie Bordelon
Warden, et al                     19-9803

Motion For Judicial Notice

Petitioner moves this Court to take Judicial Notice that I continue to exhaust my equal protection clause claim as to Article 1, Section 17 of La. Const. 1974; Article 782 A, of La. Code Crim. Procedure that the U.S. Supreme Court has stated by majority in dicta that those statutes/laws violates the Equal Protection Clause in Ramos v. Louisiana, 590 U.S. ___, 140 S.Ct. 1390 [2020].

May 10 2023

Richard B Lay
DOC # 110815
EHCC - Fox 2B
PO Box 174
St Gabriel, LA 70776

CC
W. Montgomery
District Attorney



From: Richard B. Ley #110315
EHCC- Fox 2 B
P.O. Box 174
St. Gabriel, LA
70776

TO: Clerk of Court
USDC- ED- LA
500 Poydras St., Rm. C-
New Orleans, LA 70130