UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD B. LAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9803** |
| **S.W. "SANDY" MCCAIN, WARDEN** | **SECTION "R" (2)** |

## J U D G M E N T

The court having approved the Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judges and having adopted them as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of respondent Warden S.W. "Sandy" McCain and against petitioner Richard Lay dismissing with prejudice Lay's petition, as amended, for issuance of writ of habeas corpus under 28 U.S.C. § 2254.

New Orleans, Louisiana, this  13th   day of June 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE