U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED Jun 26 2023

CAROL L. MICHEL
CLERK

AJ        Mail

Case 2:19-cv-09803-SSV   Document 60   Filed 06/26/23   Page 1 of 7

TENDERED FOR FILING
JUN 2 6 2023
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

United States District Court Eastern District of Louisiana

Richard B. Lay          Civil Action
Versus
Donnie Bordelon - Warden     19-9803-R2

## Motion For New Trial

Now into the Court comes Petitioner Lay who moves this Court for a New Trial in the interest of Justice and Judicial economy. I state to wit;

1. Petitioner Lay has challenged the unlawful jury verdict and sentence based upon a Null and Void Oral Amendment on March 24, 2011 of his "Bill of Information" that alleges only a misdemeanor under La. R.S. 14:34.5 A,B(1) to a felony by orally amendments to include the facts that at the time of commission of the battery I was under the lawful jurisdiction of the La. Dept. of Corrections per LA. R.S. 14:34.5.B(2). See State v Breaux 504 So.2d 11 [La. App. 1 Cir. 1987]; State v Cook, 372 So.2d 1202 [La. 1979] and Apprendi, 530 U.S. 466 [2000]. No Amended Bill was filed with the Court but the ADA said she would file

1.

an Amended Bill later to which the Never did resulting in Counsel Linder and Lay moving to QUASH the Bill of Information on the above grounds after swearing of the Jury, to which Art. 487, of the LA. C. Cr. P. mandates a mistrial. yet it was erroneously denied under the false assumption a Amended Bill was filed. See Exhibit 1

2. On July 27, 2020 this Court this Court found cause to Stay the Petition to allow petitioner Lay to pursue his RAMOS related claims which are potentially meritorious.

On June 8, 2021 petitioner Lay exhausted his claims that RAMOS was retroactive And the fact that Louisiana Non-unanimous verdicts violated the Equal protection Clause for the reasons stated in RAMOS.[1]

Petitioner Lay's Equal Protection Clause claim Art. 782 A of the LA Cr. C. P. And Article 1, Section 17, of the LA. Constitution 1974 was Adopted

Footnote(s)
1. See Exhibit 2

2.

for the sole purpose of establishing the supremacy of the white race. Ramos, 590 U.S. at ___, 140 S.Ct. at 1374. Alongside several laws intended to disenfranchise African American including a poll tax, and a literacy and property ownership tax. The non-unanimous jury verdict without explicitly revealing such intent demographics the convention delegates sculpted a facially "race-neutral" rule permitting 10-2 verdicts in order to ensure that African American jurors service would be meaningless. Ramos, 590 U.S. at ___, 140 S.Ct. at 1394 [citation omitted]. See also State v. Bestrand, 6 So.3d 738 [La. 2008] where the Louisiana Supreme Court reversed the District Court's ruling that the non-unanimous jury violates the Equal Protection Clause and remanded for further findings since the Defendant never raised a Equal Protection Clause claim.

The District Court's July 27, 2020 ruling is ~~~~ final and subject to the principles of res judicata, judicial estoppel and issue preclusion requiring a ruling on the merits of my E-

3.

Equal Protection Clause Challenge to the Non-Unanimous Jury verdict discussed in detail in Ramos.[2]

Additionally I have filed a Amended Complaint dated

3. There is a reasonable probability that, but for Appellate Counsel White's failure to file a merit brief raising the challenge to the oral Bill Amend to the Original Bill of information Lay would have prevailed since No Amended Bill was filed on March 24, 2011 I would have been granted (') a new Trial And or reduction of verdict to a misdemeanor for ineffective Counsel under Strickland. See Briseno v. Cockrell, 274 F.3d 204, 207 [5th Cir. 2001]

Respectfully submitted this 19TH day of June, 2023 under the penalty of perjury and good-faith

Richard Lay #110815
EHCC - PON 2 B
PO Box 174

Footnote(s)

2 No objections to Amendments by the State

4.

St Gabriel, La
70776

Gave to prison official
this 19th day of June 2023
by mail as indigent per
Houston + Lack — §1988.

5.

Richard B. Lay #70315
EHCC Pod 2B
P.O. Box 174
St. Gabriel, LA
70776

Clerk of Court
U.S. D.C. — LA.
500 Poydras St., Rm C151
New Orleans, LA 70130

PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER