TENDERED FOR FILING

JUN 28 2023  SP

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Jun 28 2023

CAROL L. MICHEL
CLERK
AJ                    Mail

United States District Court
Eastern District of Louisiana

Versus                                    Civil Action

Dunnie Bordelon, etal            19-cv-9803-R (2)

Motion for New Trial

Now into the Court comes petit-
ioner Richard B. Lay who moves for
a "New Trial" as to challenge to the
Oral Amendment of the Bill of Informa-
tion on March 24, 2011.

1. The Order and Reasons for Judgment
is clearly erroneous concerning whether
or Not a Bill of Information was
Amended and filed into the record
on March 24, 2011.

(a) On April 9, 2020 I filed a Notice
of Objections to Magistrate Report
and Recommendation recieved on or
About March 5, 2020 in relovant part:

1. The Oral Amendment of the original
Bill of Information by Asst. Leigh
Anne Walls increased my offense from
a misdemeanor to a felony. on the
28th day of November, 2011 after the Jury
was sworn pro se And thru Conflict-
standby Counsel John Linder moved
for a mistrial due to the original

Bill of Information only charged a misdemeanor and not a felony. In response to the defendant Lay's and counsel John Linder Request for A mistrial under Art. 487, of the La. Cr. Co. P. See State v Cook, 322 So. 2d 1202 [La. 1979], Johnson v Puckett, 930 F. 2d 445, 447 [5th Cir.], Cert. denied 112 S. Ct. 252 [1991][Cases cited]. The ~~Assistant~~ Asst. District Attorney Leigh Ann Walk told the Court the Original Bill of Information was Amended and placed on the official Record on March 24, 2011. This was a Knowingly false statement in light of the Court minutes of march 24 2011 and Knowlege of Pro Se Lay And Conflict Standby Counsel Linder who was Present and witness Leigh Ann Wall acts. See State v Breaux, 504 So. 2d 1011 [La. 1987]

The State of Louisiana thru Asst. District Attorney Caplan has not disputed the fact of counsel Linder And Lay that no Bill of Information was filed into Records on March 24 2011 but she [Walls] told the Court she would file the Amended Bill of Information later which Never happen in the defense presence prior to trial. Clearly I was prosecuted upon a Oral Bill of Information contrary to my Due Process

2.

rights under the United States and
the State of louisiana Constitutions

Respectfully Submitted this 24th
day of June, 2023 under the penal-
ty of perjury and good faith

Richard B. Cay #110368
CC                    EHCC - FOX 2B
M. Caplan             P.O. Box 174
Asot DA.              St. Gabriel, LA 70776

<u>Order</u>

Based on the foregoing:

It's order an Evidentiary Hear-
ing be held to determine the
disputed issue of material facts
of the Filing of the <u>Amended</u>
Bill of Information?

Counsel is Appointed for this
Indigent

Clerk to serve all parties a
Copy of this motion and order

Said and done this ___ day of
_____, 2023

_____
                              US Judge / magistrate

3.

Please Serve

1. Darnee Bordelon - Warden
ELAyn Hunt Correction Center
St. Gabriel, LA 70776

2. Richard B. Lay # 110315
EHCC- Fox 2b
PO Box 174
St. Gabriel, LA 70776

3. Matthew Caplan
Asst. District Attorney
701 N. Columbia St.
Covington, LA 70434

4.

Richard B. Lay
#410315
EHCC-
P.O. Box 174
St. Gabriel LA
70776

PRISON MAIL. NOT RESPONSIBLE
NOT CENSORED.
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER

BATON ROUGE LA 707
26 JUN 2023   PM1 L

Clerk of Court
USDC - ED - LA
500 Poydras St. Rm C151
New Orleans LA 70130