# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD B. LAY | CIVIL ACTION |
| VERSUS | NO. 19-9803 |
| S W MCCAIN, ET AL. | SECTION "R" |

# ORDER

On June 26, 2023, and June 28, 2023, plaintiff Richard Lay filed motions for new trial.[1]

IT IS ORDERED that the motion is set for submission, without oral argument, on July 26, 2023. Responses or memoranda in opposition, shall be filed no later than July 18, 2023.

New Orleans, Louisiana this 29th day of June, 2023.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Docs. 60 and 61.