U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Jul 3 2023

CAROL L. MICHEL
CLERK
AJ           Mail

United States District Court
Eastern District of Louisiana

Richard Bulay                    Civil Action
versus
Donnie Bordelon-Warden           19-9803-R?

Amended Motion
For New Trial

Now into the Court comes petitioner Richard Lay, who moves to Amend his "Motion For New Trial" dated 6/21/23 in the interest of Justice:

1. On June 15, 2020 I petitioned the Court to Remand this 28 U.S.C. § 2254 to the State Courts to file his Ramos related claims for exhaustion purposes. On July 27th, 2020 the court granted my Petition for Remand... ordering sixty days of the Louisiana Supreme Court's ruling on Petitioner's Ramos claim, Petitioner shall file in this Court a Notice of Ruling. (1) Indicating the case number and the disposition of the ruling, and (2) he shall move to lift the Administrative Stay to proceed on his Petition if needed.

1.

2. Petitioner Lay has challenged the UNCONSTITUTIONAL 10-2 verdict per Ramos in #215530-22nd JDC/St. Tammany Parish where it was obtained; and #11-CRS-112033-22nd JDC/Washington Parish; and #383759-22nd JDC/St. Tammany whereas the 10-2 verdict of State + Lay #215530 was use for impeachment and to enhance the sentences under LA.R.S. 15:529. in accordance with State law. See State + Bertrand, 6 So.3d 738 [La. 2009] citing State + Matron, 985 So.2d 709, 718 [La. 2008].

Racially motivated and Unconstitutional law

As acknowledge in Ramos, the origin of Louisiana's Non-Unanimous verdicts are undeniably racially motivated. Justice Gorsuch, writing for the Court, explained that the Non-Unanimous jury provision was passed during Louisiana's 1898 Constitutional convention the purpose of which, according to one committee chairman was to "establish the supremacy of the white race." Ramos, 590 US ___ at ___, 140 S.Ct. at 1394. Alongside several laws intended to disenfranchise African Americans, including a poll tax and a literacy and property ownership tax, the Non-

2.

unanimous jury provision was intended to exclude African-Americans from the jury verdict without explicitly revealing such intent" with a careful eye on racial demographics, the convention delegates sculpted a facially "race neutral" rule permitting 10-2 verdicts in order to ensure that African American juror service would be meaningless. Ramos, 590 U.S. at ___, 140 S.Ct. at 1394 [citation omitted]. In addition, in a partial concurrence, Justice Kavanaugh discussed the discriminatory impact and explicit unconstitutional nature of Non-unanimous verdicts. Ramos, 590 U.S. ___, 140 S.Ct. at 1417-19 [Kavanaugh, J. concurring in part]

This Court order Remanding for me to exhaust my Ramos related claims to which my Equal Protection Clause violation stems from and Ramos ruling finding of facts is subject to collateral estoppel under Ashe v Swenson, 397 U.S. 436, 444-45 [1970]

Footnote(s)
1. See State v Waldron, 334 So. 3d 844 [La. App. 4 Cir. 2022][Cases cited

3

The Court granted Leave to Amend my Habeas petition to add a new claim under Ramos on July 27, 2020 citing Rhines, 544 U.S. at 273. See, e.g. U.S. v Riascos, 76 F.3d 93, 94 [5th Cir. 1996]. Courts "Should freely give leave [to Amend] when Justice requires. Fed. R. Civ. P. 15(a)(2); See Also Dussouy v Gulf Coast Inv. Corp, 660 F.2d 594, 597-98 [5th Cir. 1981]

The Court abused its discretion to treat my Petition to Lift the Stay After fully exhaustion my 6th and 14th Amendment -- Equal Protection. based upon the Ramos Court findings. I'm An African American.

2. On March 24, 2011 I was arraign under An oral Amendment[2] to the only filed Bill of Information.[3] No Bill Amended Bill was filed by Leigh Anne Walls Assth District Attorney.[4] She told the Court She would file the Amended Bill later but never did prior to Swearing up the Jury... And the defense moving for a mistrial per LA. C. Cr. P. Art. 487. See State v Breaux, 504 So. 2d 11 [LA. App. 1 Cir. 1987]; State v Cook

4.

372 So.2d 1202 [La. 1979] and Appendix, 530 U.S. 266 [2004].

Wherefore Petitioner Lay Prays the Following relief to issue:

1. The Stay "Show Cause" why relief should not issue As Provided by law
2. A Evidentiary Hearing be held for testimony from Counsel John Linder who filed A mistrial after Swearing of Jury due to being ~~[redacted]~~ Arraigned on a Oral Bill of Information that was Never filed into the record by Leigh Anne Wallo by to trial. And
3. Counsel be Appointed due to Petitioner Lay being Indigent

Respectfully Submitted this 23 day of June, 2023 under the Penalty of perjury And good Faith

Richard B. Lay

Footnote(s)
2. See Exhibit 1 Attached
3. See Exhibit 2 Attached
4. See Exhibit 3 Attached. The Un-Signed Amendment she gave me in Open Court but Nothing was filed into record prior to trial. ~~[redacted]~~

5.

Doc # 110315
EHCC- Fox 2B
P.O. Box 174
St. Gabriel, LA.
70776

Certificate of Service

I state a copy was mailed to Matthew Caplan - Asst. DA as indigent by giving to prison official per LACK + Houston, II US [1988] this 23rd day of June, 2023

Richard Lay 110315

6.

Richard B. Cox
# 110315
EHCC- Fox 2B
P.O. Box 174
St. Gabriel, LA.
70776

Clerk of Court
USDC- ED-LA.
500 Poydras St.
Rm C151
New Orleans, LA.
70130



NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER