Case 2:19-cv-09803-SSV Document 64 Filed 07/13/23 Page 1 of 4

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED Jul 13 2023

CAROL L. MICHEL
CLERK

United States District Court
Eastern District of Louisiana

Richard B. Lay                       Civil Action
Versus
Marcus Moyers - Warden          19-CV-9803-R(2)

Motion To Vacate
Judgment In Part

Now into the Court Comes, defend-petitioner Lay who moves this Court to Vacate and Set aside the judgment.

1. The Attached Notice of objections To The Magistrate's Report And Recommendation clearly states that No Bill of Information was properly Amended And filed into the records of March 24, 2011 with Document in Support filed on April 9, 2020 refuting the Judges false Statement that I didn't challenge the Oral Bill of Information. See Attached

2. Petitioner is entitled to a evidentiary hearing with Counsel As to the filing of And Amended Bill of Information on March 24, 2011 by ADA Leigh Ann Walls.

A

Respectfully submitted this 6th day of July, 2023 under the Penalty of Perjury And good-faith

Richard B. Cay 110315
EHCC- Pop 2 B ESt
P.O. Box 174
St. Gabriel, CA 70776

CC
Matthew Caplan - ADA
Warren Montgomery - DA

file

B.

Richard B. Lay
#110315
EHCC- Fox 2B
P.O. Box 174
St. Gabriel, LA
70776

1 of 3

To: Clerk of Court
USDC- ED- LA.
500 Poydras St.
Room C- 151
New Orleans, LA.





CENSORED. NOT REVIEWED FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER