# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD B. LAY | CIVIL ACTION |
| VERSUS | NO. 19-9803 |
| S W MCCAIN, ET AL. | SECTION "R" |

## ORDER

On July 13, 2023, plaintiff Richard Lay filed a motion to vacate judgment.[1]

IT IS ORDERED that the motion is set for submission, without oral argument, on August 23, 2023. Responses or memoranda in opposition, shall be filed no later than August 15, 2023.

New Orleans, Louisiana this  21st  day of July 2023.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 64.