United States District Court
Eastern District of Louisiana

Richard B. Lay           Civil Action
versus
Marcus Meyers, et al    19-CV-9803-R(2)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Nov 6 2023

CAROL L. MICHEL
CLERK
AJ                        Mail

## Notice of Appeal

Now into the Court comes petitioner Lay who gives Notice of Appeal from the judgments denying all habeas corpus claims over my oppositions to the U.S. Court of Appeal - for the Fifth Circuit to which I will seek a COA to proceed.

Respectfully submitted this 1st day of November, 2023.

Richard B. Lay 110315
EHCC- Fox 2B
P.O. Box 174
St. Gabriel, LA 70776

cc
M. Caplan
Asst. District Attorney

Jeff Landry
La. Attorney General

file

TENDERED FOR FILING
NOV 0 6 2023
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Footnote
1. See 5th Circuit COA attached

Richard B. Lee
110315
EHCC- Unit 2B
P.O Box 174
St. Gabriel, LA
70776

Clerk of Court
U.S District Court
Ed-LA
500 Poydras St, Rm C-151
New Orleans, LA 70130

