# United States Court of Appeals
# for the Fifth Circuit

------------

No. 23-30782

------------

RICHARD B. LAY,

*Petitioner—Appellant,*

*versus*

TIM HOOPER, *Warden, Louisiana State Penitentiary,*

*Respondent—Appellee.*

------------------------------------

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:19-CV-9803

------------------------------------

A True Copy
Certified order issued Jan 09, 2024

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 9, 2024, for want of prosecution. The appellant failed to timely comply with the Court's notice of November 13, 2023.

No. 23-30782

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____

Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT