Case 2:19-cv-09803-SSV Document 71 Filed 02/29/24 Page 1 of 4

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Feb 29 2024
CAROL L. MICHEL
CLERK
AJ          Mail

United States District Court
Eastern District of Louisiana

Richard B. Lay-Pro Se                Civil Action
Versus
Donnie Bordelon-Warden               19-9803-R(2)
Elayn Hunts Correctional
Center

Petitioner Lay moves this Court to consider the enclosed document addressed to U.S. Court of Appeal for the Fifth As an "Amended Motion To Vacate And Set Aside" the judgments in this Court since the 10-2 verdict of State v Lay #215530-C has been exhausted in Accordance with State ex rel Becnel v Blackburn, 410 So.2d 1015 [La. 1982]; LA. C.Cr.C. Art. 930.8 A1@ And is properly before this Court since it was used during the guilt phase of my trial And sentencing under LA. R.S. 15:529.1 in State v Lay 11-CRS-112033. I challenge the 10-2 verdict used in #11-CRS-112033 And 383759-F which I still serving both conviction And sentencing And without use of the 10-2 jury verdict of #215530-C I would be entitled to a new trial And sentencing hearing with its use if This Court hold Article 1, Section 17 of La. Const 1974 And Article 782 of La. Crim. C. A.

Proc... unconstitution under both Equal Protection Clauses under the U.S. Constitution and State of Louisiana Constitution.

Feb. 26 2024

Richard B. Lay 110315
EHCC - Pop 2B
P.O. Box 174
St. Gabriel, LA 70776

CC
Matthew Caplan -
Asst. District Attorney
701 N. Columbia St.
Covington, LA 70434

B.

Richard B. Ley, 110315
EHCC- Reg 25
P.O. Box 174
St. Gabriel, LA
70776

Clerk of Court
USDC - ED - La
500 Poydras St., Rm C-151
New Orleans, La.
70130





PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER