## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

RICHARD B LAY                                                        CIVIL ACTION

VERSUS                                                              NO. 19-9803

S W MCCAIN, ET AL                                                   SECTION "R"

### ORDER

On February 20, 2024, *pro se* petitioner Richard Lay filed a motion to vacate and set aside all judgments,[1] and on February 29, 2024, Lay filed a motion to consider a Fifth Circuit pleading.[2]

IT IS ORDERED that the motions are set for submission, without oral argument, on May 1, 2024.   Responses or memoranda in opposition, if any, shall be filed no later than April 23, 2024.

New Orleans, Louisiana this __2nd__ day of April, 2024.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

---

[1]      R. Doc. 70.
[2]      R. Doc. 71.