United States District Court
Eastern District of Louisiana

Richard B. Lay - Pro Se          Civil Action
Versus
Dunnie Bordelon - Warden
Elyan Hunts Correctional
Center                            19-CV-9803(RJQ)

Date filed: _____
                              Deputy Clerk

Motion To Treat Attached Application For COA As an Amended Motion To Vacate Judgment And To Appoint Counsel As Indigent to perfect these issues before this court.

Respectfully Submitted This 14th day of April, 2024.

Richard B. Lay 110315
EHCC- Fox 2B
P.O. Box 174
St. Gabriel, LA 70776

TENDERED FOR FILING
APR 17 2024
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  Apr 17 2024
CAROL L. MICHEL
CLERK



Richard B. Loy 110315
EHCC-RD 2B
P.O. Box 174
St. Gabriel, La 70776

Clerk of Court
USDC - ED - LA.
500 Poydras St.
Rm C-151 [Pro se]
New Orleans, LA. 70130

PRISON MAIL. NOT RESPONSIBLE
NOT CENSORED.
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER