## Order

Based on the foregoing motion It's order said pleadings be treated as An Amended to The motion To Vacate Judgment

It's Ordered Counsels Of Record is giving until the ___ day of May, 2024 to file Any opposition or Waive the Same

Clerk to serve all parties a copy of this pleading and Order to all Counsels of records and Pro Se Petitioner Lay.

Said and done this ___ day of _____, 2024

USDC - Sarah Vance - Judge

23.