Case 2:19-cv-09803-SSV  Document 76  Filed 06/04/24  Page 1 of 2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Jun 4 2024

CAROL L. MICHEL
CLERK

AJ    Mail

United States District Court
Eastern District of Louisiana

Richard B. Lay          Civil Action
  versus
Donnie Bordelon - Warden    19-9803
Elayn Hunt Correctional Center

Notice of Appeal
without cost

Now into the court comes petitioner, Richard B. Lay who gives notice of Appeal of this court deliberate action to deprive me of a remedy by law under the 14th Amendment. Allow Request for COA from U.S. 5th Circuit May 2024

/s/ Richard B. Lay

Richard B. Lay 110315
EHCC - Box 29
PO Box 174
Covington[?]
St. Gabriel, LA. 70776

Footnote(s)
1. I'm to rely on under Baker v. State 970 So.2d 948 [La. 2007] for ineffective assistance of trial and Appellate counsel; and the jury system of non-unanimous clearly violates the Equal Protection and this court granted leave to file



Richard Binley 603165
EHCC-
PO Box 174
St Gabriel, LA. 70776

Clerk of Court
ED of LA.
500 Poydras St, Rm C151
New Orleans, LA.

BATON ROUGE LA 707
30 MAY 2024 PM 2 L

PRISON MAIL
NOT CENSORED, NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER