Case: 24-30350 Document: 42 Date Filed: 01/24/2025 Page: 1



**A True Copy**
**Certified order issued Jan 24, 2025**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 2, 2025

Lyle W. Cayce
Clerk

_____

No. 24-30350
_____

Richard B. Lay,

*Petitioner—Appellant*,

*versus*

Tim Hooper, *Warden, Louisiana State Penitentiary*,

*Respondent—Appellee*.

_____

Application for Certificate of Appealability
the United States District Court
for the Eastern District of Louisiana
USDC No. 2:19-CV-9803

_____

ORDER:

    Richard B. Lay, Louisiana prisoner # 110315, moves this court for a certificate of appealability (COA) to challenge the district court's denial of his construed Federal Rule of Civil Procedure 60(b) motions, which sought relief from the judgment denying his 28 U.S.C. § 2254 application. In his COA motion, Lay challenges the constitutionality of his conviction and sentence in light of *Ramos v. Louisiana*, 590 U.S. 83 (2020). In connection with his *Ramos* claim, Lay also contends that the district court erroneously found his equal protection claim to be unexhausted. Further, Lay raises various claims of ineffective assistance of counsel and trial court error, and

No. 24-30350

he asserts that he was entitled to a hearing pursuant to *Faretta v. California*, 422 U.S. 806 (1984). Lay's motion to amend his COA brief is GRANTED.

In order to obtain a COA, Lay must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). As to any challenge to the district court's denial of his Rule 60(b) motions, Lay must show that reasonable jurists could debate whether the district court's ruling was an abuse of discretion. *See Hernandez v. Thaler*, 630 F.3d 420, 428 (5th Cir. 2011).

As Lay fails to make the required showing, his request for COA is DENIED. *See Slack*, 529 U.S. at 484; *Hernandez*, 630 F.3d at 428. Likewise, his motion for appointment of counsel is DENIED.

_____
James C. Ho
*United States Circuit Judge*