# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 24, 2025

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 24-30350    Lay v. Hooper
                          USDC No. 2:19-CV-9803

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Melissa V. Mattingly, Deputy Clerk
                                        504-310-7719

cc:
    Mr. Matthew B. Caplan
    Mr. Richard B. Lay