## Order

It's Ordered Respondent Matthew Caplan — Asst. District Attorney for Parish of Washington file a Response by the ___ day of _____ 2025 without Oral Arguments. Failure to Respond may result in Relief being granted as sought herein

~~It's ordered ~~~~~~~~~~~~~~~~~~~~~~~~~~

It's ordered the Clerk to serve all parties a copy of this pleading and order without costs

Said and done this ___ day of _____, 2025.

_____
U.S. District Judge
SARAH VANCE

Please Serve
1. Matthew Caplan — Asst. DA
Parish of Washington / St. Tammany
701 N. Columbia St.
Covington, LA 70776

2. Richard B. Lay (110315
EHCC — Rx 2B
P.O. Box 174
St. Gabriel, LA 70776

28.