United States District Court
Eastern District of Louisiana

Richard B. Lay          Civil Action
Versus
Tim Hooper-Warden
and State of La.        19-9803-R@1

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  Apr 2 2025
CAROL L. MICHEL
CLERK
bwn                                Mail

Motion For
Extension of
Time

Now into the Court comes Petitioner, Richard B. Lay who moves this Court for a Extension of Time — 14-days to to write the Warden to be placed on library callout on unit 2. I'm housed on Unit 1. To bring to the Court the actual facts and applicable State and Federal for Cause and Prejudice to excuse any default or Exhaustion of claims under Rhines Stay and Abeyance order.

Respectfully Submitted this day of March, 2025 under the penalty of perjury and good-faith

Richard B. Lay

cc
1. J. Collins Sims  110315
   District Attorney   RHCC-Fox 2 B

1.

P.O. Box 174
St. Gabriel, LA
70776

2) Luiz Murrill
LA. Attorney General

2

Richard B. Ley
#10305
EHCC - Fox 2B
P.O. Box 174
St. Gabriel, LA
70776

Clerk of Court
U.S. D.C. - ED - La
500 Poydras St., Rm C151
New Orleans, LA 70130





Richard B. Loy
EHCC- Fox 2 B B57
P.O. Box 174
St. Gabriel, LA
70776

Clerk of Court
US DC- ED-La
500 Poydras St, Rm C151
New Orleans, LA
70130

