TO: Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras St. Rm C151
New Orleans, LA. 70130

IN re Richard Lay - Pro Se
versus
Tim Hooper - Warden;
State of Louisiana
Civil Action No: 19-9803-R(2)

Please file Attached pleadings into the record in support of relief from Erroneous mis-statements of Facts and Applicable depriving me of issuance of a Writ of Habeas Corpus without Due Process.

April 22, 2025

Richard B. Lay 110315
EHCC - Pop 2B
P.O. Box 174
St. Gabriel, LA.
70776

CC
Matthew Caplan
Asst. District Attorney

Luiz Murrill - Attorney General
State of Louisiana

To: Judge Ad Hoc Jerome Winsberg
22nd Judicial District Court
Parish of St. Tammany And
Washington
5031 St. Charles Ave.
New Orleans, La. 70115

+ Matthew Caplan - Asst. District Attorney
Parish of St. Tammany/Washington
701 N. Columbia St.
Covington, LA 70433

In re: Richard B. Lay #110315
No: 11-CRS-112033
22nd JDC/Washington

I specifically move for modification of my conviction under LSA-R.S. 14:34.5(B)(2) to the original Bill of Information signed by the District Attorney as mandated by LSA-C.Cr.P. 384 that should have been discovered by Appellate Counsel And the Justices of 1st Circuit Court of Appeal As patent error under LSA-C.Cr.P. art 920(2) or noted Ex Proprie Motu.

In State v. Buttner, 411 so.2d 35 [La. 3/01/82] the Court held:

... Article 384 of the Louisiana Code of Criminal Procedure provides:

1.

An information is a written accusation of crime made by the District Attorney and signed by him. It must be filed in open Court in a Court having Jurisdiction to try the offense of in the office of the Clerk thereof.[emphasis provided by the Court]

## Statement of Facts

1. On March 24, 2011 former Asst. District Attorney moved to "Orally Amendment" the filed and signed Bill of Information to state facts for sentencing enhancement under LSA-R.S. 14:34.5.B(2)[Felony]. The original Bill of Information only states a misdemeanor under LSA-R.S. 14:34.5.B(1).

2. On November 30, 2011 defense counsel Linder and defendant Lay moved to Quash or A Mistrial from being arraigned upon "Oral Amendments" and no bill was signed by the District Attorney.

   (a) former Asst. District Attorney Leigh Ann Walls advised that the Clerk did not have the Court records available at the time of the arraignment. Ms. Walls further advised the record well indicates a copy of original Bill of Information was Amended and placed in the official Record.

   (b) The Court referring to the minute dated March 24, 2011, the Court does

2.

does reflect the defendant was, in fact, arraigned on felony charges and denied motion to Quash/mistrial.

(C). Defense Counsel Linder objected to the Amended, Unsigned bill being read to the jury and the Court noted the same.

Asst. Leigh Ann Walls false statements with the Court's help do not discharged her responsibility to file a written Amendment And signed by the District Attorney or Authorized agent... in the Office of Clerk or in Open Court prior my arraignment on the Oral Amendments Neither did the Court make any factual findings that formerly Asst District Attorney Leigh Ann Walls filed in Open Court or the Office of Clerk a written Amendment of the original Bill of Information prior to my arraignment. The minutes of March 24, 2011 clearly reflects no written Amendments to comply with LSA-R.S. 14:34.5.(B)(2) was filed in open Court or with the office of Clerk.

There being only the "Original Bill of Information" being filed in accordance with LSA-C.Cr.P. art. 384... Thus this Court must vacate the Conviction [LSA-R.S. 14:34.5.B(2)] and Sentence [LSA-R.S. 15:529.1]; and

3.

enter a conviction for the misdemeanor Battery upon a Correctional Officer under LSA-R.S. 14:34.5.B(1) And impose a sentence of no more than six months and no fine or jail time if not paid since I'm indigent and with no means to pay and in light of being wrongfully convicted [LSA-R.S. 14:34.5.B(2)] and is way over my release date but this unlawful sentence under LSA-R.S. 15:529.1.

April 18, 2025

Richard B. Lay 110315
EHCC- Fox 2 B
P.O. Box 174
St. Gabriel, LA 70776

cc
1. Luiz Murrill
Louisiana Attorney General
1885 N. Third St.
Baton Rouge, LA 70802

2. J. Collins Sims
District Attorney
Parish of St. Tammany/Washington
701 N. Columbia St.
Covington, LA 70433

4.

## Order

It's Order the State of Louisiana Show Cause before this Court on the ___ day of _____ 2025 at ___ o'clock ___ m.

It's Order Counsel be appointed for this indigent.

It's ordered Tim Hooper-Warden at Elayn Hunts Correctional Center- 6925 Hwy 74 - St. Gabriel, LA. 70776 produce the body of Richard B. Lay Doc. 110315 before this Court on the ___ day of _____, 2025 at ___ o'clock ___ m.

Clerk to serve all parties a copy of this Pleading and order of this Court.

Said And done this ___ day of _____, 2025.

Judge Ad Hoc J. Winsberg
22nd Judicial District Court
Parish of Washington

Footnote(s)
1. my release should be March 11, 2023

5.

Please Serve

1. Matthew Caplan
Asst. District Attorney
St. Tammany/Washington
701 N. Columbia St.
Covington, LA. 70433

2. Tim Hooper - Warden
Elayn Hunts Correctional Center
6925 Hwy. 74
St. Gabriel, LA. 70776

3. Richard B. Lay #110315
EHCC - Fox 2 B
P.O. Box 174
St. Gabriel, LA. 70776

4. J. Collins Sims
District Attorney
Washington/St. Tammany
701 N. Columbia St.
Covington, LA. 70433

5. Luiz Marrill - Attorney General
La. Attorney General Office
1885 N. 3rd St.
Baton Rouge, LA. 70802

6.

Richard B. Loy
DOC #103713
EFCC - Bed 2 B #57
P.O. Box 174
Gabriel, LA
70776

Clerk of Court
USDC-ED-LA
500 Poydras St., Rm C151
New Orleans, LA
70130

