Case 2:19-cv-09803-SSV    Document 89-1    Filed 05/12/25    Page 1 of 1

~~penalty of perjury and good faith~~

~~Richard B. Lay
Doc. 110315
HCC...
P.O. Box...~~

## Order

It's ordered the State of Louisiana thru ~~Asst.~~ District Attorney Matthew Caplan show cause before this Court why said relief should not issue as provided by law on the ___ day of _____, 2025 at ___ o'clock ___ m.

It's ordered Warden Turner produce the body of Richard B. Lay for this hearing Doc.110315

It's also order counsel be appointed for this indigent defendant.

Clerk to serve all parties a copy of this pleading and Exhibits list that support motion for Summary Judgments.

Clerk to serve all parties a

14.