5/2/25

TO Clerk

Enclosed you'll find a
Summary motion Number 1-17

Also


Part 1,2 And 3 Discovery In
Support To vacate And set
Aside all Judgments Based
upon Fraudulent misrepresent-
ation of Material facts And
applicable federal And state law
Number (1) - (5) are Numbers has
Circle around goes together

Richard Lay
Doc 110818
EHCC-RX2A
PO Box 174
St. Gabriel, CA
70776