Case 2:19-cv-09803-SSV   Document 94   Filed 12/05/25   Page 1 of 1

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Dec 5 2025
CAROL L. MICHEL
CLERK

United States District Court
Easter District of Louisiana

Richard Lay             Civil Action
Versus
S.W. McCain, etc
                        19-9803-R

Request Extension of Time to prepare Notice of Appeal and a COA on Actual Innocence of the Charge of LSA-R.S. 14:345B(2) And Sentence Sentence of 22 years in light of Fraudulent Misrepresentation of Material Fact And Law Submitted by the State of Louisiana Judgment dated Nov. 14, 2025.

Request is for 30-days which is about this time to request Law library which is very limited

Dec. 4, 2025                    Richard B. Lay

CC
Matthew Caplan                  Richard B. Lay
Asst DA                         110315
                                EHCC-Gulf-L0