Richard Fay
110315
BHCC-Gulf 1-D
PO Box 174
Gabriel, LA
70776

Clerk of Court
USDC-ED-LA
Poydras-St
#151
New Orleans LA

BATON ROUGE LA 707
DEC 2025 AM
FIRST-CLASS
ZIP 70776
0008041059 DEC. 03. 2025
US POSTAGE $000.74
PITNEY BOWES



RECEIVED
DEC 05 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ORIGINAL MAIL
NOT CENSORED, NOT RESPONSIBLE
FOR CONTENTS.
B. HUNT CORRECTIONAL CENTER