UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD LAY                                             CIVIL ACTION

VERSUS                                                  NO. 19-9803

S. W. MCCAIN, ET AL.                                    SECTION "R"

## ORDER

Before the Court is a motion filed by pro se petitioner Richard Lay, which he styles as a motion to request issuance of a petition for habeas corpus.[1] As outlined in this Court's November 2025 Order, Lay is no stranger to filing motions in this Court.[2] Indeed, in that very order the Court warned Lay that should he continue to file frivolous motions in this action, the Court will hold a hearing on the imposition and scope of a pre-filing injunction.[3] As Lay did not heed this Court's warning, it is now necessary to determine whether and to what extent a pre-filing injunction must be imposed.

IT IS ORDERED that the present motion and consideration of the issuance of a pre-filing injunction be referred to the Magistrate Judge for a Report & Recommendation. *See* 28 U.S.C. § 636(b)(1)(B).

---

[1]   R. Doc. 96.
[2]   R. Doc. 93.
[3]   *See id.*

New Orleans, Louisiana, this __3rd__ day of March, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE