UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD B. LAY | CRIMINAL ACTION |
| VERSUS | NO. 19-9803 |
| WARDEN S.W. MCCAIN, ET AL. | SECTION "R" (2) |

## ORDER

The Honorable Sarah S. Vance referred petitioner Richard B. Lay's recent Motion to Request Issuance of a Petition for Habeas Corpus 2254 (ECF No. 96) to the undersigned United States Magistrate Judge for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), including the evidentiary hearing with regard to whether and to what extent a pre-filing injunction must be imposed. ECF No. 97; see also ECF No. 93 (November 14, 2025, Order notifying Plaintiff that, should he continue to file frivolous motions in this proceeding, the Court will hold a hearing on the imposition and scope of a pre-filing injunction). Accordingly, to consider any evidence related to the need for a pre-filing injunction,

**IT IS ORDERED** that the evidentiary hearing **BY VIDEO** is hereby scheduled on **TUESDAY, MAY 12, 2026, at 1:00 p.m.** (Central time) before Magistrate Judge Donna Phillips Currault.

The Clerk is directed to send a copy of this order via mail and email to Brandie_Ruffin@la.gov.

**Elayn Hunt Correctional Facility is directed to have petitioner, Richard B. Lay, #110315, made available for the video hearing.** A log-in invitation for the video conference will be emailed to Brandie_Ruffin@la.gov shortly before the scheduled hearing.

Dated this 9th day of March, 2026.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
Ms. Brandie Ruffin
C/O Warden, Travis Day
Elayn Hunt Correctional Center
6925 Highway 74
St. Gabriel, LA 70776

Email: Brandie_Ruffin@la.gov