Filed 03/23/26

Document 99-1

09803-SSV-DPC

Richard B. Lay
Doc 110385
EHCC- BeaverS-A-1
P.O. Box 174
Baton Rouge, LA
70776

Clerk of Court
USDC-ED-LA,
500 Poydras St.
New Orleans, LA,
70130

70130-336726

RECEIVED

MAR 23 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

PRISON MAIL
NOT CENSORED. NOT RESPONSIBL
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTE