U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
Mar 30 2026
CAROL L. MICHEL
CLERK

Richard B. Lay, Pro se + Travis Day-Warden, etal

United States District Court
Eastern District of Louisiana

NO. 19-9803-R(2)

Date filed: _____

Deputy Clerk

Motion For Appointment of Counsel
In The Interest of Justice

Now into the Court comes petitioner Richard B. Lay who moves this Court to appoint Counsel for the "Evidentiary Hearing" to determine whether a Pre-filing Sanction for Seeking my immediate re-lease from All conditions of the Conviction And Sentence due to Manifest Injustice via Issuance of Writ of Habeas Corpus:

This Court continues to rely upon false Misrepresentation of material facts as alleged by the State of Louisiana thru Matthew Caplan- Asst. District Attorney and Magistrate Judges Wilkerson And Donna Phillips that

1. That being arraigned; Convicted; And Sentence based solely upon a "oral Amended Bill of Information" on 3/24/11; 11/30/11; And 2/_/12 Charging a felony off-ense under LSA-R.S. 14:39.5.B.(2) whereas LSA-~~████~~Art. 387, of La. Code Criminal Mandates. See State + Buttner So.2d _____ [La. 198?]; State + Cook,

__ So.2d ____ [LA. 1979][lack of Jurisdiction] Defense Counsel under And lay pro se move to Quash/mistrial based upon lack of Justice to proceed to trial the felony count of Battery on Correctional officer [LSA- ▨ R.S. 14:34.5.B(2) and to introduce a document that purports to reflect written Amendments charging a felony yet unsigned, not filed in open Court or the office of Clerk was null and void on 11/30/11.[Trial] [LSA-R.S. 14:34.5.B(2) and my Due Process rights under JACKSON + Virginia, __ U.S ___ ._____.

2. That my resentencing on May 13, 2019, imposed a illegal sentence of 20-years at hard labor with parole to run concurrent with the 20-years imposed under 383759-F from date of my incarceration in 383759-E which is 4/16/04 thus I have served over the maximum of both 22-years running Concurrent under LSA-C.Cr. art. 883 to the present: Computation... 4/06/04 to 4/16/24 = 20-years with Credit for All time Served minus 890-days CTR-Educational Goodtime from 4/6/24 = 2/19/23... Yet DOC refuses to comply with the resentencing order putting lay over 3-years

Footnotes
1. Documents And pleadings unrefutable Supports my immediate release filed

2.

unlawfully imprison. State ex rel JACK BLAir + Richard Stalder, et al _____ So.2d _____ [LA. App. 1 Cir. 2001] 3.

3. LAy exhausted all claims, and further exhaustion would continue my incareceration upon an "ORAl Amended" on 3/24/11 And not a written one signed by DA and file in open court or office of Clerk. ~~See Art.~~ ~~387, of LA. Code Criminal Procedure rather~~ my arraignment, conviction and sontence illegal under Art.387 of LA. C. Cr. A. is null and void.

4. Appellate Counsel Prentiss white raise a "No Merit Brief" And asked for Patent Error Review. The 1st Circuit agree the Appeal was without and no Patent error was found. I requested counsel to appoint the herein claims to the 1st Circuit and was denied. The louisiana Supreme Court in State + Buttner, Supra under Art.387 of C. Cr. P. was a. Patent Error Review. The State of louisiana ~~_____~~ in support of manifest - issuance of a writ of Habeas Corpus and ECF ~~_____ 93 [_____~~ 93 [11/25/25]

2. See Documents filed with ECF 93 And 96 in support of relief

3. See Documents filed in support of Relief ECF 93, 96, 97 alleged as Frivolous

3.

thru its District Attorney—St. Tammany Parish, Ex Judge Ad Hoc Jerome Winseberg, Never in 21-years has any Louisiana State Court(s) or this Court [Eastern District of Louisiana has ever address whether State v Buttner; State v Cook, supra renders my arraignment, Conviction and sentence null and void per se and under Smith v Murray, ___ U.S. ___ [ineffective Appeal Counsel]; Florida v Nixon, ___ U.S. ___ [2001]; and Strickland v Washington, ___ U.S. ___ [1984].

5. Ex Trial Counsel Linder As new Director of 22 Judicial Defenders Office assigned Mark James and Ernest Barrow III whom told the District Attorney Board that he recieved a phone call from the Indigent Defenders Office and was told that he had a easy. All he had to do was sit in a chair next to Lay and do nothing because I was representing myself which was a total lie yet Barrow III, to llow his introductions leaving Lay without representation at post-trial and Sentencing matters. I moved for conflict free Counsel other than Barrow III and was denied. despite outstanding District Attorney Disciplinary Board complaints. See Cronic v United States, ___ U.S. ___ [1984]; Cuyler v Sullivan, ___ U.S. ___ Counsel Barrow said the Court did not appoint him on my behalf and as such he was not under any obligation to file

4.

anything on my behalf.[4]

Petitioner Lay is "Actually innocence of LSA-R.S. 14:34.5.B(2) which prohibit an arraignment, conviction, And sentence upon a "Oral" Amended Bill of Information to upgrade a misdemeanor to a felony. See LSA-C.Cr.P. art 387; State v Butner, supra

Recusal:
Petitioner Lay moves ~~☒~~ Sarah S Vance and Donna Phillips Currault to recused themself since has been there refusal to address the merits of my claims from 1999 to the present based upon ~~fraudolent~~ misrepresentation of material ~~facts~~ and laws governing said facts depriving Lay of his liberty for over 17-years by applying the facts of ~~State~~ law couple with violations of my rights to effective counsel at every stage of my criminal proceeding. The trial Judge and magristrate Currault are both parties to the deprivation of my liberty without Due 5 Process

Footnote(s)
4. The Court records is full of motions TO Appoint Effective Counsel, motion TO Appoint Conflict-Free Counsel and motion To Appoint Counsel who would full-ow my instructions on filing pleadings ~~☒~~ Support in facts and law. at every stage of trial proceeding.
5.

## Relief

1. Appoint Counsel for Purpose of the Recusal Motion.

2. Appoint Counsel for purposes of the Evidentiary Hearing as to the merits of the claims in Manifest Injustice/miscarriage of Justice and to Issue a writ of Habeas Corpus, and Actual INNOCENCE.

3. Appoint Counsel for Appellate Purposes of Any Denial of Relief

Richard B. Lay 110345
EHCC- Beaver 5-A7
P.O. Box 174
St. Gabriel, LA. 70776

## Please Serve

1. Matthew Caplan - Asst. DA
701 N. Columbia St.
New Orleans, LA.
    70130

2. Richard B. Lay 110345
EHCC- Beaver 5-A7
PO Box 174
St. Gabriel, LA. 70776

## Footnote(s)

5. neither will Admit the acting they took was contrary to State and Federal law thus recusal is only way I'll recieve a fair trial.

6.