3. TRAVIS DAY = WARDEN
EHCC
6925 Hwy 74
St. Gabriel, La.
70776

Order

It is ordered Counsel be appointed for this indigent

It's ordered the "Motion For Recusal" be heard before the Court with Counsel as indigent on the ___ day of ___ 2026 at ___ o'clock ___ m.

It's ordered Travis Day-Warden produce the body of Richard Relay 110315 before this Court on the ___ day of ___ 2026 at ___ o'clock ___ m.

Clerk to serve all parties a copy of Pleadings entitle "Manifest Injustice = Issuance of A Writ of Habeas Corpus" and Documents In support with this order.

Said and done this ___ day of ___ 2026

Sarah S. Vance - Judge
U.S. District Court
Eastern District of La.