-09803-SSV-DPC    Document 101-2    Filed 03/30/26

Richard B. Lay
110315
EACC- Beaver-S-A3
P.O. Box 174
St. Gabriel, LA
            70776
Indigent Mail
Legal Mail

BATON ROUGE LA 707

27 MAR 2026AM 3 L

FIRST-CLA

US POSTAGE IMI PITNEY BOWES

ZIP 70776   $ 001.03⁰
02  7W
0008041059 MAR 26  2026

Clerk of Court
USDC-E.D.- LA.
500 Poydras St., Rm C 151
New orleans, LA 70130

70130-336731



RECEIVED

MAR 30 2026    *SNS*

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEPUTY CLERK

THIS CORRESPONDENCE IS NOT ORIGINATED; NOT RESPONSIBLE FOR CONTENTS. ELAYN HUNT CORRECTIONAL CENTER