U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   Mar 23 2026
CAROL L. MICHEL
CLERK
cf                    Mail

United States District Court
Eastern District Of Louisiana

Richard B. Lay                    Civil Action
versus
Travis Day-Warden            19-9803-R(2)
Eloyn Hunts Correctional
Center

Notice Of Appeal And for A
COA To Proceed In forma Pauper

Now into the Court Comes petit-
ioner Richard Lay who give Nutria
of Appeal And for A COA To
Proceed In forma Pauper from
District Court Judge Sarah S. Vance
falsely Alleging Motion To Vacate
Judgments based Upon manifest
Injustice And Fraudulent misrepr-
esentation of Facts by the State
of Louisiana thru Matthew Caplan
including Controlling law to which mag-
ristrate Wilkenson Donna Phillips relied
upon in their R+R approved by
Sarah Vance without once Cons-
idering ~~~~~~ Controlling State
And Federal law of Ineffective
Counsel and Counsels failure to
pursue my specific Claims in
State Court And to file A merit
brief. No lawyer for post-trial
Proceedings multiple Bill Adjud-
ication And Sentencing hearing.

1.

1. ON ▓▓▓▓ 1/12/11 A Bill of Information Charging a misdemeanor of Battery of correctional officer was filed R.S. 14:34.5. A

2. ON 3/24/11 the State of louisiana thru A.D.A DA leigh Ann Walls orally moved to Amend the Bill of information to Change a felony battery on Correction then I was arraigned Clearly Null And void under Article 384, of LA. C. Cr.P., State + Buttner, Supra; _ So. 2d _ [1979] State + Cuok, _ So. 2d _ [LA. ] both mandates a Amendeded Bill be written, filed in open court or in office of Clerk which was not followed by the State of louisiana rendering my conviction And sentence Null And void.

3. on 11/30/11 trial but Defense Counsel Linden And lay moved to Quash the Bill being tendered to the Jury as in violation of My Due Process rights under Article 384, of LA C. Cr.P. The trial Judge never acknowledge arraignment on a felony 3/24/11 on oral Amendment was illegal And Null And void, depriving him of jurisdiction to decide the Case.

4. Sentence Under a Null And void orally Amended Bill of Information violates Due Process And cruel And unusual punishment.



5. Despite thes errors are patent error that Court on Direct Appeal Wrongful allege their was no patent error after filing of Anders Brief by Defense Counsel

6. No claim was raised by Counsel despite my order to him to do so Flordia + Nixon, Supra ___ U.S.

7. I'm ever should have been release on # 383259-F [20-years] And #11-CRS-9/2033 [20-years] ordered to run concurrent on resentencing May 13, 2019 under LA. C. Cr. P. Art 883 from date of my incarceration which is 4/16/04 [383259F] which would be 4/16/24 minus 890 Days CTR Goodtime Credits put release no later then Feb. ___ 2023. Over 3-years ago. See State ex rel. Pierre + Maggio, ___ So.2d ___ [LA.1984]; Jack Blair + Stalder, ___ So.2d ___ [LA App. / Cir 2001]

I'm in a cell without water and light with knowledge of Warden White, Col. Stevens to the Cadets in Beavers. Not allowed to having medically ordered walker to prevent falling for neuropathy, g out in feets, fluid in legs, s- seriously damage vertebraes in lower back. No access to my legal proper or hygiene material to bath since 8/10/11

2.

also medical Donut to sit down, medication for my heart, spinal injury, kidneys, Epedimitis, Carpal Tunnel Syndrome in both hands

Send the Petition and Ruling as Frivolous in Nov. 2025 and March 3, 2026 with Document in support to U.S. 5th Circurt in support of Appeal of nun-friv olous Claims Never addressed on the merits that was in effect on date of Arrest of Change Dec. 21, 2010

Thank you

3/19/26

Richard B. Lay
Doc 110315
EHCC - Beaver 5-B A7
P.O. Box 174
St. Gabriel, LA 70712

CC
Matthew Caplin- Asst DA
701 N. Columbia St
Covington, LA 70433

Travis Day
EHCC
Hwy 76

3



Based on foregoing Notice of Appeal:

1. It's order a ~~Appeal~~ be granted and a COA

2. The ~~issuance~~ of a writ of Habeas Corpus/manifest Injustice ~~be forum~~ with document In Support be forward with the Notice of Appeal without cost.

3. It's ordered Travis Day-Warden Elayn Hunt Correctional Center see that Richard Gay's legal property taken on 3/10/11, his medical walker and medical Donut / pillow be returned to him immediate with a reciept signed by him. All of the above was return to prepare this Appeal

Clerk to serve all parties a copy of this Notice of Appeal and order

Said and done this __ day of __ 2026

_____
Judge
USDC - ED - LA

4. 4.