Case 2:19-cv-09803-SSV-DPC    Document 102-1    Filed 03/23/26    Page 1 of 2



Richard BeLAY
Doc 110305
EHCC BeaverS-A1
P.O. Box 174
Baton Rouge, LA
70776

BATON ROUGE LA 707

21 MAR 2026 AM 3 L

UNITED STATES
OF AMERICA
FOREVER/USA

Clerk of court
USDC-ED-LA,
500 Poydras St.
New Orleans, LA,
70130

70130-336726



