UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF DEFICIENT FILING

Richard B. Lay #110515
Elayne Hunt Correctional Center
Fox 2
P.O. Box 174
St. Gabriel, LA 70776

**SUBJECT**: 19-9803 "R"(2) Lay vs McCain

**DATE OF ISSUANCE**: 04/01/2026

**Your Motion to Proceed Without Prepayment of Fees and Costs has been received but is deficient as noted below:**

A request for pauper status should be submitted on an approved form.  This form has been enclosed for your convenience. **\***

**Please return the completed form, <u>with a response to each question on the form</u>, within <u>21 calendar days</u> from the date of this letter.**

*\* If you are incarcerated and are applying for pauper status, you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint or notice of appeal obtained from the appropriate official where you are presently confined.  The required certification is on the form being provided to you.*

**If you have been instructed to provide additional information, please act immediately, and provide the required documents within the time frame indicated above; otherwise, a judicial officer will be notified of your failure to comply.**

Carol L. Michel
Clerk of the Court

By: *Cederick Favaroth*

Cederick Favaroth
Deputy Clerk

**ATTACHMENTS: Motion to Proceed Without Prepayment of Fees and Costs**

**Mail Response to:**
Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA  70130

Rev. 5/23/2022