UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD B. LAY | CIVIL ACTION |
| VERSUS | NO. 19-9803 |
| WARDEN S.W. MCCAIN, ET AL. | SECTION "R" (2) |

## ORDER

The Honorable Sarah S. Vance referred Lay's recent Motion to Request Issuance of a Petition for Habeas Corpus 2254 (ECF No. 97) to the undersigned United States Magistrate Judge for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), including the evidentiary hearing with regard to whether and to what extent a pre-filing injunction must be imposed. ECF No. 97. Petitioner Richard B. Lay has filed a Motion to Appoint Counsel (ECF No. 101) requesting that the Court appoint him counsel for the evidentiary hearing scheduled for May 12, 2026, on the imposition and scope of a pre-filing injunction.

On March 23, 2026, Petitioner Lay filed a Notice of Appeal to the United States Fifth Circuit Court of Appeals seeking review of the Court's prior order denying several motions and notifying Lay that, should he continue to file frivolous motions in this proceeding, the Court would hold a hearing on the imposition and scope of a pre-filing injunction. ECF No. 99; ECF No. 93. The appeal is currently pending. *See* ECF No. 100 (assigning USCA Case No. 26-30167 to Lay's Notice of Appeal).

Given that the pending appeal implicates the scheduled evidentiary hearing, the Court will not proceed to conduct the hearing until the appeal has concluded. Accordingly,

**IT IS ORDERED** that the evidentiary hearing currently scheduled for **TUESDAY, MAY 12, 2026, at 1:00 p.m.** before Magistrate Judge Donna Phillips Currault is hereby **CANCELED**, to be re-scheduled following resolution of Petitioner's appeal.

**IT IS FURTHER ORDERED** that Lay's Motion to Appoint Counsel (ECF No. 101) is **DENIED WITHOUT PREJUDICE** as **MOOT**.

The Clerk is directed to send a copy of this order via mail and email to Brandie_Ruffin@la.gov.

New Orleans, Louisiana this  _1st_  day of April, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
Ms. Brandie Ruffin
C/O Warden, Travis Day
Elayn Hunt Correctional Center
6925 Highway 74
St. Gabriel, LA 70776

Email: Brandie_Ruffin@la.gov