RicHARd D. LAY 110315
EHCC-Beaver 1-A 13
P. O. Box 174
St. Gabriel, LA.
70776

7013031662 C029

Clerk of Court
USDC-E.D. - LA.
500 Poydras St, Rm
C-151
New Orleans, LA. 70130

US POSTAGE PB PITNEY BOWES
ZIP 70776
02 7W
0000804105 APR 20 2026
$ 000.74⁰
FIRST-CLASS
21 APR 2026 AM 11
BATON ROUGE LA 707

PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER

RECEIVED

APR 22 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEPUTY CLERK