Richard B. Lay—Pro se

Versus

Travis Day—Warden[new]
Elayn Hunts Correctional Center

Civil Action

19-9803-R(2)

Request Production of Documents In
Forma Pauper
        Now into the Court comes Richard B. Lay
who moves this Court to produce all
pleadings that were deemed Frivolous under
the Nov. 25, 2025 and March 3, 2006 to
Perfect the Appeal to 5th Circuit in
no. 26-30167.
Asst. Warden Centrer gave me a false
report in retaliation for representing un-
lawful/criminal acts to Warden T. Day
involving: prostitution; drug deelings; And
misuse of powers[ Capt. letcher And Col. dann]
over very young cadets female by placement
in better work position in return for
Sex and to make it easier for them to
have access to them with little or no
offender knowledge on state property with their
immediate supervisors are well aware but
does nothing because all of them are crook-
ed. For example, I ask many of the
                           on Back

These offenders are located to scated to founds or even to press with many offenders, thieves, murderers young cadets are locked in a dorring with sex are making of masturbating during with a keeper they with most female! every guit many off.

II.

female Cadets were they trustworthy And they ask me what did I mean. They took my medical Walker And sitting Donut on 3/10/26 [Lt. Col. Horn / Col. Lane] per Asst. Warden Center all work Unit 1 forcing me to Walk on my feet with Neuropathy And gout causing Needless pain And suffering. In furtherance of reporting their Acts to Warden Travis whom relayed information to them. All Supervisor over Unit 3 - Beavers refuse to give me Access to my property which suppose to be in Unit 1 property Area. No Shower frequently since my towel; Shower Shoes; Sock; underwear; T-shirts; And Pants are in my property. I believe they Capt. Fetcher / Col. Lane thru my property Way or Another inmate as he [Fetcher] did with excessive property of Offender Hawkins on Fox 2-Unit 1 which was eventually gave to the same inmate who was with Fetcher taken Hawkins personal Clothes. Offender is located on Golf 1-C Fier And I witness him take what he wanted of Hawkin's clothes later that night And I told Hawkin who works in Kitchen as dishwasher. Respectfully submitted this 13th day of March 2026 under the Penalty of perjury And good-faith.

2.