RICHARD B. LAY 110315
EHCC- Beaver 1 -A 13
P. O. Box 174
St. Gabriel, LA.
70776

70130816162 0028

Clerk of Court
USDC - E.D. - LA.
500 Poydras St, Rm
C-151
New Orleans, LA 70130

US POSTAGE PITNEY BOWES
$ 000.74°
ZIP 70776
02 7W
0000804105 APR 20 2026
FIRST-CLASS
21 APR 2026 AM 11
BATON ROUGE LA 707

v-09803-SSV-DPC   Document 106-1   Filed 04/22/26

PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER

RECEIVED

APR 22 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEPUTY CLERK