UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD B. LAY | CRIMINAL ACTION |
| VERSUS | NO. 19-9803 |
| WARDEN S.W. MCCAIN, ET AL. | SECTION "R" (2) |

## ORDER

Petitioner Richard B. Lay has filed a Motion to Request Documents (ECF No. 106) requesting that the Court produce all pleadings "under the November 25, 2025, and March 4, 2006," to perfect his appeal to the United States Fifth Circuit Court of Appeals in USCA Case No. 26-30167.

The Honorable Sarah S. Vance referred Lay's Motion to Request Issuance of a Petition for Habeas Corpus 2254 (ECF No. 97) to the undersigned United States Magistrate Judge for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), including the evidentiary hearing with regard to whether and to what extent a pre-filing injunction must be imposed. ECF No. 97.  On March 23, 2026, Petitioner Lay filed a Notice of Appeal to the United States Fifth Circuit Court of Appeals seeking review of the Court's prior order denying several motions and notifying Lay that, should he continue to file frivolous motions in this proceeding, the Court would hold a hearing on the imposition and scope of a pre-filing injunction. ECF No. 99; ECF No. 93. The appeal is currently pending. *See* ECF No. 100 (assigning USCA Case No. 26-30167 to Lay's Notice of Appeal).

The Fifth Circuit Court of Appeals has access to all relevant filings pertaining to Lay's appeal via the Court's electronic filing system. Additionally, Lay's appeal only pertains to an order addressing motions filed by Lay at ECF Nos. 85, 86, 88, 89, and 90. The Clerk may provide Lay

with a courtesy copy of the docket sheet so he may identify what filings are relevant to the pending

appeal for the Fifth Circuit's review. Accordingly,

**IT IS ORDERED** that Lay's Motion to Request Documents (ECF No. 106) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court mail Lay a courtesy copy of the

docket sheet in the above captioned matter to his address of record.

New Orleans, Louisiana this 30th day of April, 2026.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE