U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Jun 4 2026

CAROL L. MICHEL
CLERK

cf                                    Mail



Jerry E. Smith
United States Circuit Judge
United States Court of Appeal
For The Fifth Circuit
600 S. Maestri Place
New orleans, La. 70130
no. 26-90012; 26-30168

Sarah S. Vance - Judge
United States District Court
Eastern District of louisiana
500 Poydras St.
New orleans, La. 70130
no. 19-cv-0983-SSV-DPC

Ellen Creel - Judge
22nd Judicial District Court
Parish of Washington
908 Washington Street
Franklinton, La. 70438
no. 11-CRS-112033-J

Clerk of Court
22nd Judicial District Court
Parish of St. Tammany
701 N. Columbia Street
Covington, La. 70433    no. 215530-C

Clerk of Court
22nd Judicial District Court
Parish of St. Tammany
701 N. Columbia Street
Covington, La. 70433    no. 383759-F

1.

Antonio Clayton - District Attorney
District Attorney's Office
58050 meriam Street
Plaquemine, La. 70764

J. Collins Sims - District Attorney
District Attorney's Office
Parish of St. Tammany/ Washington
701 N. Columbia Street
Covington, La. 70433

While housed on Golf 1 - Unit 1
at Elayn Hunt Correctional Center
I began to have problems with
Classification officers Terry Bourg-
eois, And Ms. Colbert in taking
legal documents from their co-worker
to photocopy. Neither has the legal
sense to understand that all
Respondents/Defendants in my
case must be served a copy
of the evidence and petition at
every level in a Criminal and or
Civil matter. They come up with
a scheme at first to delay photo-
copying my legal document and
return to me in a timely fashion
with pages missing on occassions.

I sent legal pleadings to be
file in all highlighted cases
over 22-days to Terry Bourgeois
per her instructions so she can use

2.

the lame excuse that I Never got them... they must have got lost in the mail. I have had Asst. warden Durbin "E-mail" Assto Warden Record concerning the long overdue legal documents. I even wrote Head Warden Travis Day of destruction of Various legal files that were locked in both my Wall Locker and Foot-locker since 3/10/26 when Asst. Warden Centers retaliation against concerning unlawful Activities going on, on Unit 1 as a whistler blower. I was Sentence to 30-days Administrative Segregation And a week store with no reason given for Sentence. Prisoners who are repeat drug users And mast urbating in front of employees recieves a lesser Sentence than I recieved, with a good-conduct record the last year or so. my Conviction was reversed and remanded by Warden no. EHEC-2026-52 for another hearing due to my D.B. Taped Hearing was not recorded in its entirety. Warden Day Knows I'm a whistleblower And repeated ly wrote him concerning security on Unit 1. Now last Thursday at lunch [5/14/26] Classification officer Colbert and two other black females was present while trying to get them to find out what

3.

happen to my legal document sent to Terry Bourgeois then co-worker over 20-days ago when they were in the kitchen on Unit-2 which has cameras that records. Officer Colbert interupted the conversation and told them Richard Jay knows what happen to his legal document and the same thing will happen every time he sends for copies of complaint to state and federal law enforcement official.

I have no choice concerning where and who photocopies my legal documents risking destruction to suppress exercising of my 1st Amendment Rights to inform them of unlawful/criminal offenses being committed on prison groundse

May 26, 2026                    Richard Jay 110315
                               Ettec Fox3-A#32
                               P.O. Box 174
                               St. Gabriel, La
Footnote                       70776
1. All property missing was inside my wall had foot locker locked with a master locks in which security has the only keys to open. Review of cameras from Colfax A Tier to the Security office will

4.

CC

Travis Day - Warden
Elayn Hunt Correctional Center
6925 Hwy 74
St. Gabriel, La. 70776

file

Provide exactly what happen to
my personal and legal property
obtain within last 20-plus years

5.

# *Elayn Hunt Correctional Center*
## *Records Department*
### P. O. Box 174, St. Gabriel, LA 70776-0174

TO:        RICHARD LAY 110315

FROM:     TERRY BOURGEOIS

DATE:      December 8, 2025

RE:         Request for copies

Richard, in order for me to make the appropriate number of copies you are requesting, please use the below information to prepare your request and return your packet to the Records Department.

Because the number of copies you want for each document varies, please use the enclosed sticky notes to attach to the individual documents you wish for the specific number of copies to be made.

Be sure that there are no staples in any section of the documents to be copied.

Remember that the **maximum** number of copies that can be made for each document is only five (5).

I was uncertain which documents you needed a particular number of copies since I'm unfamiliar with them. Once I receive your packet back with the sticky notes on the individual documents to identify the number of copies you need, I'll be happy to make the appropriate number of copies for you.