09803-SSV-DPC    Document 109-1    Filed 06/04/26

Richard Lay 1c0315
EHCC- FOO 3- A30
P. O. Box 174
St. Gabriel, Lt
        70776

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 70776    $ 001.03
02 7W
0008041059 MAY. 27. 2026

Clerk of Court
USDe- ED -LA
500 Poydras St
Rm         C151
New OrleANs, Lt 70130



PRISON MAIL

NOT RESPONSIBLE

RECEIVED

JUN 04 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEPUTY CLERK