Richard B. Lay
Doc # 110315
F## 3- A-33
P.O. Box 174
St Gabriel LA.
70776

GND ADV
US POSTAGE PITNEY BOWES
ZIP 70776 $ 009.95⁰
02 7W
0008041059 AUG 10 2026

Clerk of Court
USDC - ED - LA.
500 Poydras St; Rm.
151
New orleans, LA.
70130

RECEIVED
MW
AUG 12 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK