U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Aug 20 2026
CAROL L. MICHEL
CLERK
cf Mail

United States District Court
Eastern District of Louisiana

Richard B. Lay — Civil Action
Versus
Travis Day-Warden — 19-9803-R(2)
EHCC, et al

Motion To Construe Notice of Appeal No. 2 And Amended Notice of Appeal No. 2 With Document filed in Support

Now into the Court Comes Petitioner Richard B. Lay who has been informed by the U.S.C.A. 5th Circuit by letter your office was forwarded these documents and to seek copies or release to prison official for copying at my costs. See attached letters.

I have filed A Request For Relief to Appeal or Bond Since the denial of § 2254 petition is based on fraud, misrepresentation of material fact and Applicable State law by the magistrate's adopted by Judge Vance with a Denovo of my objection and document in support resulting in my continued unlawful confinement based on a unconstitutional oral amended bill of Inf-

ormation [3/24/11] in which the magistrates And State of louisiAna has falsely alleged a written Amendment was filed in Open Court while Defense Counsel Linder And Defendant Lay was present which is totally false by looking at Court minutes of arraigment on 3/24/11 And motion TO QUASH minute [11/30/11] where Same former Prosecutor Leigh Ann Walls Admitts NO Written Amended Bill of Information was filed on 3/24/11 nor at Any time has the defendant Lay be informed And rearraigned. See LSA-C. CR. P. art. 384; State v. Buffner, 41 So. 2d 35 [LA. 1982]; State v. Breaux, 504 So. 2d 390 [LA. 1987]; State Cook 572 So. 2d 1203 [LA. 1991]; Jackson v. Virginia 443 U.S. 307 [1979] And Apprendix v. new Jersey 530 U.S. 446 [ ]; And WAS PAtent Error for Appellate review as held by La. Supreme Court in State v. Buffner, supra for denial of Due Process And ineffective Counsel on Direct Appeal by not raising these non-frivolous Constitutional errors Contained in the record. See Gonzales v. Crosby, 125 S. ct. 2641 [2005] relief from Judgment

Fraud; Lack of Jurisdiction for Arraignment, Conviction, And Sentencing. LSA-C. Cr. P. Art. 384, State v. Buttner, Supra; State v. Cook, Supra. See Also State v. Skipper, 996 So.2d 390 [La. 6/29/05] and State v. Green, 493 So.2d 588 [La. 1986] [Cases Cited]

Respectfully Submitted This 13th day of August 2026 Under the Penalty of perjury and good-faith.

Richard B. Lay
Doc. 110315
EHCC- Fox 3-A33
P.O. Box 174
St. Gabriel, La 70776

Footnote(s)

1. and Federal Jurisprudence of the U.S. Supreme Court.

Based on the foregoing:

It's order the Notice of Appeal no. 2, Leave to Amend Notice of Appeal no. 2 and All Documents be assigned as.

1. Amended Request For Release on Bond As of Right no. 1
2. ~~Amended~~ Leave To Amend Request For Release on Bond no. 2
3. Documents In Support Request [redacted] For Release on Bond Pending Appellate Review And or Final Judgment in no. 26-30167 U.S. 5th Circuit
4. It's order Counsel be Appointed for this Judgment

[redacted]

Clerk to serve all parties a copy of all pleadings without advance cost.

Said and done this ___ day of August, 2026

U.S. District Judge

Please Serve
1. Matthew Caplan
Asst. DA
701 N. Columbia St
Covington, LA 70433

2 Richard B. Lay
Doc 110315
EHCC- Fox 3-A 33
P. O. Box 174
St. Gabriel, LA 70776

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 07, 2026

#110315
Mr. Richard B. Lay
Elayn Hunt Correctional Center
6925 Highway 74, P.O. Box 174
Saint Gabriel, LA 70776-0000

No. 26-30167 Lay v. Turner
USDC No. 2:19-CV-9803

Dear Mr. Lay,

We have received your letter requesting copies of previously filed documents.

In accordance with the Judicial Conference Schedule of Fees following 28 U.S.C. § 1913, we must charge $.50 per page for all copies requested. Requests for copies will not be processed until payment is received, therefore, payment must be made in advance. The total number of pages for the documents you have requested is:

Motion for Permission to Proceed as a Sanctioned Litigant and supporting documents: 26 pages

Notice of Appeal: 7 pages

Motion to Proceed In Forma Pauperis and Exhibits in Support: 139 pages

Unfiled Request to Amend Notice of Appeal - 50 pages

Please note that your additional notice of appeal was forwarded to the district court for filing, and copies must be obtained from them.

Acceptable forms of payment include check, travelers check or money order made payable to Clerk, U.S. Courts.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Sean Hannan, Deputy Clerk
504-310-7702

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 30, 2026

#110315
Mr. Richard B. Lay
Elayn Hunt Correctional Center
6925 Highway 74, P.O. Box 174
Saint Gabriel, LA 70776-0000

No. 26-30167 Lay v. Turner
USDC No. 2:19-CV-9803

Dear Mr. Lay,

We have received your documents mailed on July 21, 2026. We are unable to determine the relief being sought. In light of this, we are taking no action on these documents.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Sean Hannan, Deputy Clerk
504-310-7702