Richard B. Lay
DOC# 110315
EHCC- Fox 3-A 33
P. O. Box 174
St. Gabriel, LA.
70776

BATON ROUGE LA 707
15 AUG 2026AM 3 L
FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 70776 $ 001.07⁰
02 7W
0008041059 AUG 14 2026

Clerk of Court
USDC- ED - LA.
500 Poydras St., Rm C151
New Orleans, LA.
70130

70130-331999

RECEIVED

AUG 20 2026 SNS

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEPUTY CLERK

PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER